UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHRISTOPHER M. REBHOLZ,
KELLY J. CLEARY-REBHOLZ,

        Plaintiffs,

v.

AIG PROPERTY CASUALTY
COMPANY,

        Defendant.
_____/

Case No. 2:25-cv-204-JES-KCD

## **ORDER**

In this Hurricane Ian breach-of-contract case, Defendant AIG Property Casualty Company moves to exceed the fact-witness deposition limit set in the Hurricane Scheduling Order. (Doc. 21.) Plaintiffs responded in opposition. (Doc. 22.)

The scheduling order contemplates that, before mediation, the parties will produce and disclose various items, engage in limited fact discovery, and disclose all opinion testimony. (Doc. 4.) Pertinent here, each side is limited to three fact-witness depositions. (*Id.* at 15.) AIG moves to increase that number to thirteen based on Plaintiffs' automatic discovery responses. Plaintiff has identified at least ten subcontractors, engaged at the direction of Plaintiffs' general contractor, who could testify as to the damages and extent of work required to repair the hurricane damage.

2

AIG's motion (Doc. 21) is **DENIED** because it appears that a handful of the depositions might be unnecessary after key individuals, such as the general contractor and public adjuster, are deposed. AIG may seek leave once it has hit the deposition limit, explaining why the additional depositions are indeed needed.

**ORDERED** in Fort Myers, Florida on July 11, 2025.

Kyle C. Dudek
United States Magistrate Judge