UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHRISTOPHER M. REBHOLZ,
KELLY J. CLEARY-REBHOLZ,

      Plaintiffs,

v.

AIG PROPERTY CASUALTY
COMPANY,

      Defendant,
_____/

Case No. 2:25-cv-204-JES-KCD

## ORDER

Defendant AIG Property Casualty Company moves to compel compliance with a non-party subpoena. (Doc. 26.) The motion is **DENIED WITHOUT PREJUDICE** because, as best the Court can tell, AIG did not serve it on the non-party.

AIG's motion provides that service was made "electronically [through] the Clerk of the Court using the CM/ECF system which sent notification of such filing to the parties who are registered participants with the system." (*Id.* at 7.) But the non-party is not registered with CM/ECF. And there is no indication of any other service. Without notice of some kind, this Court cannot enforce the subpoena—the target has a right to be heard. *See* Fed. R. Civ. P. 37(a)(1) ("*On notice* to other parties and all affected persons, a party may move for an order compelling disclosure or discovery." (emphasis added)); *see also In*

*re Taylor, Bean & Whitaker Mortg. Corp.*, No. 3:09-BK-7047-JAF, 2013 WL 12461141, at *1 (Bankr. M.D. Fla. Sept. 20, 2013). AIG can re-file the motion once it has provided the non-party with proper notice.

**ORDERED** in Fort Myers, Florida on August 25, 2025.

*[signature]*
Kyle C. Dudek
United States Magistrate Judge